# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2006

129688

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

J. W. HOBBS CORPORATION,
      Plaintiff-Appellant,

v

REVENUE DIVISION, DEPARTMENT
OF TREASURY, STATE OF MICHIGAN,
      Defendant-Appellee.

SC: 129688
COA: 254069
Ct of Claims: 02-000166-MT

_____/

On order of the Court, the application for leave to appeal the September 1, 2005 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *International Home Foods, Inc. v Department of Treasury* (Docket No. 130542), and *Lenox, Inc. v Department of Treasury* (Docket No. 130543) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2006

_____
Clerk